IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MARK WEAVER**                                                                              **PLAINTIFF**

               v.                Civil No. 08-5195

**CAPTAIN HUNTER PETRAY,**
Jail Administrator, Benton
County Detention Center; **BENTON
COUNTY, ARKANSAS; and SHERIFF
KEITH FERGUSON**                                                  **DEFENDANTS**

## O R D E R

Now on this 11th day of March, 2010, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #30), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims in this case are hereby **dismissed**.

**IT IS SO ORDERED.**

                                                   /s/ Jimm Larry Hendren
                                                   **JIMM LARRY HENDREN
                                                   UNITED STATES DISTRICT JUDGE**